IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Wayne E. Ritenour     :     Case No. 13-22282 CMB

:     Chapter 7

Debtor (s)     :

**ORDER**

FILED
NOV 6 2013
CLERK, U.S. BANKRUPTCY COURT
WEST. DIST OF PENNSYLVANIA

*AND NOW*, this 6th day of November, 2013, it appearing that a Discharge Of Debtor and Final Decree in the within matter were erroneously issued on October 23, 2013 at Document Nos. 18 and 19,

It is hereby **ORDERED, ADJUDGED and DECREED** that the Discharge Of Debtor and Final Decree are *VACATED* and the case is reopened.

_____
Carlota M. Böhm
U. S. Bankruptcy Judge